Gregory J. Marshall (#019886)
Robert Schwimmer (#027214)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: gmarshall@swlaw.com
rschwimmer@swlaw.com

Attorneys for Defendant Wells Fargo Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve G. Thomas,<br><br>        Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, National Association dba Wells Fargo Home Mortgage; Wells Fargo, N.A., a corporation, dba Wells Fargo Home Mortgage and Wells Fargo Home Equity; Wells Fargo Home Mortgage, a corporation or national banking association, dba Indymac, FSB; First American Title Insurance Company of Arizona, a corporation; John Doe I-X and Jane Doe I-X, husband and wife; Black Corporations I-X,<br><br>        Defendants. | No.<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

    Defendant Wells Fargo Bank, N.A. provides its corporate disclosure in accordance with Fed. R. Civ. P. 7.1 and states that its parent corporation is WFC Holdings Corporation, a privately-held corporation, and that no parent corporation or publicly held corporation owns 10% or more of its stock.

1     DATED this 23rd day of April, 2010.

2                 SNELL & WILMER, L.L.P.

4                 By:  s/Robert Schwimmer
                    Gregory J. Marshall
                    Robert Schwimmer
                    One Arizona Center
                    400 East Van Buren
                    Phoenix, Arizona  85004-2202
                    Attorneys for Defendant Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2010, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

                Steve G. Thomas
                3644 East Maffeo Road
                Phoenix, Arizona  85050
                Plaintiff *Pro Per*

                    s/Barbara Gallagher

11445641.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000