**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve G. Thomas, | ) No. CV-10-901-PHX-GMS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Wells Fargo Bank, N.A., et al, | ) |
| Defendants. | ) |
| | ) |

Pending before the Court is Plaintiff Steve G. Thomas' Motion for Leave to File Second Amended Complaint (Doc. 75). The Court imposed a deadline in its Case Management Order for all amendments to be filed prior to January 12, 2010. Pursuant to that same scheduling order the deadlines set for engaging in discovery and for filing case dispositive motions has long since expired.

While motions to amend are generally governed by Federal Rules of Civil Procedure 15(a), "Rule 16 also applies because plaintiff requested leave to amend his complaint after the Rule 16 scheduling order deadline expired." *TriQwint Semiconductor, Inc. v. Avago Technologies Limited, et al.*, No. CV-09-01531-PHX-JAT, (2010 U.S. District Lexis 89690*15 D. Ariz., August 3, 2010). Federal Rule 16(b) provides that "the scheduling order must limit the time to amend the pleadings" in its schedule and that such schedule "may be modified only for good cause with the judge's consent." Federal Rules of Civil Procedure 16(b)(3)(A), (B)(4) "unlike Rule 15(a)'s liberal amendment policy which focuses on the bad

1  faith of the party seeking to interpose an amendment and the prejudice to the opposing party,

2  Rule 16(b)'s good cause standard primarily considers the diligence of the party seeking

3  amendment." *Hulstedt v. City of Scottsdale, et al.*, No. CV-09-1258-PHX-GMS, (2011 U.S.

4  District Lexis 73530 *4-5 D. Ariz. July 7, 2011).  "Although the existence or degree of

5  prejudice to the party opposing the modification might supply additional reasons to deny a

6  motion the focus of the inquiry is upon the moving party's reasons for seeking modification

7  . . . if that party was not diligent the inquiry should end." *Id.*

8          Plaintiff provides no good cause for seeking to amend his complaint at this late date.

9  The reasons provided suggest no reason why he could not have earlier sought such

10  amendment.

11          **IT IS THEREFORE ORDERED** that the Motion for Leave to File Second Amended

12  Complaint (Doc. 75) is denied.

13          DATED this 28th day of October, 2011.

14

15

16                                    G. Murray Snow
                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28